IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CR-56-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NICHOLAS O. MIDGETTE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for relief [D.E. 49]. The response is due not later than March 20, 2020.

SO ORDERED. This 26 day of February 2020.

JAMES C. DEVER III
United States District Judge