UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-00056-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| NICHOLAS OMAR MIDGETTE | |

Upon motion by the defendant, and for good cause shown, it is hereby ordered that ECF No. 63 in the above-captioned case be sealed until further notice by this Court.

This _8_ day of _March_, 2021.

JAMES C. DEVER III
United States District Judge